# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00656-CR

**Gary Bean, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 22ND DISTRICT COURT OF HAYS COUNTY
### NO. CR-20-3373-A, THE HONORABLE R. BRUCE BOYER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Gary Bean was convicted by a jury of the offense of driving while intoxicated while having two former convictions for driving while intoxicated. *See* Tex. Penal Code § 49.09(b). The jury assessed punishment at eight years in prison.

Bean's court-appointed attorney on appeal has filed a motion to withdraw supported by an *Anders* brief contending that the appeal is frivolous and without merit. *See Anders v. California*, 386 U.S. 738, 744-45 (1967). Bean's court-appointed attorney's brief meets the requirements of *Anders* by presenting a professional evaluation of the record and demonstrating that there are no arguable grounds to be advanced. *See id.*; *Garner v. State*, 300 S.W.3d 763, 766 (Tex. Crim. App. 2009); *see also Penson v. Ohio*, 488 U.S. 75, 81-82 (1988) (explaining that *Anders* briefs serve purpose of "assisting the court in determining both that counsel in fact conducted the required detailed review of the case and that the appeal is . . .

frivolous"). Bean's counsel has represented to the Court that he provided copies of the motion and brief to Bean; advised Bean of his right to examine the appellate record, file a pro se brief, and pursue discretionary review following the resolution of the appeal in this Court. He also provided to Bean a Motion for Pro Se Access to the Appellate Record lacking only Bean's signature and the date and provided the mailing address for this Court. *See Kelly v. State*, 436 S.W.3d 313, 319-20 (Tex. Crim. App. 2014). Bean has not filed a pro se brief nor a motion for extension of time to file a brief.

We have independently reviewed the record and have found nothing that might arguably support the appeal. *See Anders*, 386 U.S. at 744; *Garner*, 300 S.W.3d at 766. We agree with counsel that the appeal is frivolous and without merit. We grant counsel's motion to withdraw and affirm the trial court's order.

_____

Chari L. Kelly , Justice

Before Justices Baker, Triana, and Kelly

Affirmed

Filed: June 7, 2024

Do Not Publish